**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

—————————————————

**No. 00-50426**

—————————————————

**JESUS BOCANEGRA, Individually, ET AL.,**

**Plaintiffs,**

**EDDIE FLORES, Individually,**

**Plaintiff-Appellant,**

**versus**

**CHEVRON USA, INCORPORATED,**

**Defendant-Appellee.**

—————————————————————————————————

**Appeal from the United States District Court**
**for the Western District of Texas**
**(EP-99-CV-175-H)**

—————————————————————————————————

**May 14, 2001**

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District

Judge.

PER CURIAM:[2]

    Having considered the briefs, record, and arguments of counsel,

and essentially for the reasons stated by the district court in its

opinion, the award of summary judgment is

                                                    *AFFIRMED.*

—————————————————

    [1]    District Judge of the Eastern District of Louisiana,
sitting by designation.

    [2]    Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should *not* be published and is *not* precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.